HEATHER E. WILLIAMS, Bar #122664
Federal Defender
BENJAMIN A. GERSON, NY Bar # 5505144
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KEVIN JAMES STRUTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN JAMES STRUTZ,<br><br>Defendant. | Case No.  1:20-cr-00217-NONE-SKO<br><br>**STIPULATION TO VACATE STATUS CONFERENCE**<br><br>Date:   December 16, 2020<br>Time:   1:00 p.m.<br>Judge:  Hon. Sheila K. Oberto |
|---|---|

    The parties, through their respective counsel, David Gappa, Assistant United States Attorney, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Kevin James Strutz, hereby stipulate and jointly move this Court to vacate Mr. Strutz's status conference currently scheduled for December 16, 2020.

    Mr. Strutz is scheduled for a hearing on a Motion to Revoke the Order of Detention on December 17, 2020 before the Honorable Dale A. Drozd. See ECF #19. The parties agree that further scheduling can be set forth on that date.

    The parties request this scheduling change with the intention of conserving time and resources for both the parties and the Court. The parties agree that speedy trial time until December 17, 2020  shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation, defense investigation, and plea negotiation purposes pursuant to 18 U.S.C. § 3161(h)(7)(A) and

3161(h)(7)(B)(i) and (iv).

                                      Respectfully submitted,

                                      McGREGOR SCOTT
                                      United States Attorney

Dated:  December 9, 2020             */s/ David Gappa*
                                      David Gappa
                                      Assistant U.S. Attorney


Dated:  December 9, 2020             HEATHER E. WILLIAMS
                                      Federal Defender

                                      */s/  Benjamin A. Gerson*
                                      BENJAMIN A. GERSON
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      KEVIN JAMES STRUTZ

## **O R D E R**

**GOOD CAUSE APPEARING**, the above stipulation to vacate the status conference currently set for December 16, 2020, in case 1:20-cr-00217 is hereby accepted and adopted as the order of this Court.


IT IS SO ORDERED.

Dated:  **December 9, 2020**                      /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE