1  HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2  ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
KEVIN JAMES STRUTZ
7

8  IN THE UNITED STATES DISTRICT COURT

9  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           Case No.  1:20-cr-00217-JLT-SKO

12            Plaintiff,                **STIPULATION TO CONTINUE SENTENCING; ORDER**

13     vs.

14  KEVIN JAMES STRUTZ                  Date:    November 27, 2023
                                        Time:    10:00 a.m.
15            Defendant.                Judge:   Hon. Jennifer L. Thurston

16

17

18

19      The parties, through their respective counsel, David L. Gappa, Assistant United States

20  Attorney, counsel for plaintiff, and Eric V. Kersten, Assistant Federal Defender, counsel for the

21  defendant, Kevin James Strutz, stipulate that the sentencing hearing scheduled for November 6,

22  2023, may be continued to November 27, 2023, before the Honorable Jennifer L. Thurston.

23      In response to formal objections filed by Mr. Strutz the government has obtained and

24  disclosed additional discovery pertaining to those objections. The defense is requesting this

25  continuance to conduct additional investigation that will allow it to determine whether to proceed

26  with Mr. Strutz's formal objections, or withdraw the formal objections.  The parties agree that the

27  ends of justice are best served by the granting of the requested continuance.

28      ///

|   |   |
|---|---|
|   | Respectfully submitted,<br>PHILIP A. TALBERT<br>United States Attorney |
| Dated:  October 26, 2023 | */s/ David L. Gappa*<br>David L. Gappa<br>Assistant United States Attorney |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated:  October 26, 2023 | */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorney for Defendant<br>KEVIN JAMES STRUTZ |

**O R D E R**

IT IS SO ORDERED: sentencing in this matter is continued to November 27, 2023, at 10:00 am.

IT IS SO ORDERED.

Dated:  **October 27, 2023**

_____
UNITED STATES DISTRICT JUDGE

Strutz – Stipulation to Continue Sentencing                   -2-