HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
KEVIN JAMES STRUTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN JAMES STRUTZ<br><br>Defendant. | Case No. 1:20-cr-00217-JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE; ORDER** |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney David L. Gappa, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Kevin Strutz, Request that Mr. Strutz' conditions of Pretrial Release be modified to facilitate Defendant's self-surrender to the Federal Bureau of Prisons. Pursuant to a request by Pretrial Services Officer Renee Basurto, the parties stipulate that Defendant may report to the Pretrial Services Office located at 501 I Street in Sacramento, California to have his location monitoring equipment removed. Officer Basurto has advised that while the Federal Building will not be open that day, her supervisor will be present outside the building to retrieve the equipment.

Defendant's Pretrial Release conditions currently include location monitoring and a curfew. [Doc. 57, condition 7(b)]. To allow retrieval of Strutz' location monitoring equipment,

1  and to permit him to travel to the state of Minnesota to surrender to Federal Bureau of
2  Corrections. The parties stipulate that condition 7(b) shall be modified to provide:

> between the hours of 4:00 pm on January 15, 2024, and 12:00 pm on January 17, 2024, Defendant will not be electronically monitored. Defendant will call Officer Basurto from his home on the evening of Monday, January 15, 2024; and call Officer Basurto from his hotel on the evening of Tuesday, January 16, 2024; and call Officer Basurto before surrendering to prison on the morning Wednesday, January 17, 2024.

All other conditions of Mr. Strutz's pretrial release shall remain in full force and effect. Officer Basurto is in receipt of Defendant's hotel and flight itinerary and has confirmed this information with Defendant's mother/custodian.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: January 12, 2024

*/s/ David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 12, 2024

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
KEVIN JAMES STRUTZ

Strutz: Stipulation to Modify Pretrial
Release Conditions; Proposed Order

**O R D E R**

Pursuant to the parties' stipulation, the Court hereby modifies Special Condition 7(b) of the Modified Order Setting Conditions of Pretrial Release for Kevin Strutz [Doc.57], shall be modified as set forth above.

IT IS SO ORDERED.

Dated: __**January 12, 2024**__

UNITED STATES MAGISTRATE JUDGE